RECEIVED
JAN 1 8 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DERLON K. CRAIN<br>D.O.C. # 91405 | : | DOCKET NO. 15-cv-2402<br>SECTION P |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| JAMES LEBLANC ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Dismiss (R. #30) is hereby **GRANTED** and the matter is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies, and the Motion for a More Definite Statement (R. #30) is hereby **DENIED** as **MOOT.**

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 18th day of January, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE